# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 8, 2015

Clerk
Court of Appeals of Texas, First District
301 Fannin Street
Houston, TX  77002-2066

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUN 11 2015

CHRISTOPHER A. PRINE

CLERK

Re:  Alma Richardson
     v. Texas Workforce Commission, et al.
     No. 14-8431
     (Your No. 01-13-00403-CV)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for rehearing is denied.

Sincerely,

Scott S. Harris, Clerk

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUN 11 2015

CHRISTOPHER A. PRINE
CLERK



U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300

UNITED STATES POSTAGE

02 1R
00000120042
MAILED FROM ZIP CODE 20543

$ 00.48⁵
JUN08 2015
PITNEY BOWES